UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY ERWIN-SIMPSON AND KEVIN SIMPSON,** ) | **Civil Action No.** 1:18 – cv – 83 |
| Plaintiffs, ) | |
| v. ) | |
| **AIR ASIA BERHARD** ) | |
| **AIR ASIA X BERHARD** ) | |
| Defendant. ) | |

**AFFIDAVIT AND DECLARATION OF SERVER**

I, MARIE L. MUSUMECI, having personal knowledge and being of competent mind, do hereby attest to the following:

1) I am the paralegal to Douglas P. Desjardins and my business address is 1717 N St., NW, Ste. 300, Washington, DC 20036;

2) On **February 21, 2018**, I mailed a time stamped copy of Summons and the Plaintiff's Complaint to the Defendant Asia X Berhard in the above captioned action via U.S. Express Postal Service Certified Mail Receipt (*See* USPS Receipts dated 02/21/2018, attached hereto and incorporated by reference as Exhibit "1");

3) The computerized tracking system of the U.S. Postal Service indicates that the Registered Agent of Air Asia X Berhard received the Summons and Complaint on **February 26, 2018**. (*See* USPS Delivery Confirmation Printouts, attached hereto and incorporated by reference as Exhibit "2");

4) Further on **March 5, 2018**, I received the PS Form 3811, commonly referred to as the "Green Card" signed by an Agent for Air Asia X Berhard. We have not received a response nor a Waiver of Summons to date from Air Asia X Berhard. (*See* USPS Form 3811 Tracking Printouts, attached hereto and incorporated by reference as Exhibit "3").

5) Service is now complete on the aforementioned Defendants pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 29th day of March, 2018.

Respectfully submitted

_____
MARIE L. MUSUMECI
Affiant

# Exhibit "1"

```
===============================
      WASHINGTON SQUARE
      1050 CONNECTICUT AVE NW
           WASHINGTON
               DC
            20036-5303
            1049650291
02/21/2018  (800)275-8777  4:47 PM
===============================
                  Sale    Final
Product           Qty     Price
Description

First-Class        1      $1.63
Mail
Large Envelope
   (Domestic)
   (HONOLULU, HI 96813)
   (Weight:0 Lb 3.10 Oz)
   (Estimated Delivery Date)
   (Saturday 02/24/2018)
Certified          1      $3.45
   (@@USPS Certified Mail #)
   (70040550000091244982)
Return             1      $2.75
Receipt
   (@@USPS Return Receipt #)
   (9590940309165223614712)
First-Class        1      $4.06
Intl
Large Envelope
   (International)
   (Malaysia)
   (Weight:0 Lb 2.20 Oz)
Registered         1     $15.50
   (Amount:$0.00)
   (USPS Registered Mail #)
   (RA310356143US)
Return             1      $4.00
Receipt

Total                    $31.39

Credit Card Remitd       $31.39
   (Card Name:AMEX)
   (Account #:XXXXXXXXXXX1055)
   (Approval #:815347)
   (Transaction #:803)
   (Entry Mode:Chip)
   (AID:A000000025010801)
   (Application Label:AMERICAN
    EXPRESS)
   (PIN:PIN Not Required)
   (Cryptogram:418F6B528C6B495B)
   (ARC:00)
   (CVR:5E0300)
   (IAD:064A0103602002)
   (TSI:F800)
   (TVR:0000008000)

The timeliness of service to or from
destinations outside the contiguous US
```



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

HONOLULU, HI 96813

OFFICIAL USE

Postage $3.45
Certified Fee $2.75
Return Receipt Fee (Endorsement Required) $0.00
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ $1.63 / $7.83

Sent To: _____

02/21/2018

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0550 0000 9124 4982

---

Registered No. RA310356143US
Date Stamp: FEB 21 2018

Postage $4.06
Registered Mail $15.50
Return Receipt (hardcopy) $4.00
Return Receipt (electronic) $
Restricted Delivery $0.00
Received by 02/21/2018

Customer Must Declare Full Value $0.00

OFFICIAL USE

FROM: Pacifica Legal Group
      1717 N St NW
      Washington, DC 20036

TO:   Air Asia Berhad
      Red Q, Jalan Pekeliling 5
      Malaysia
      Lapangan Terbang Antarabangsa
      Kuala Lumpur 64000 KLIA
      Selangor

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051 (Customer Copy)
For domestic delivery information, visit our website at www.usps.com

---

RETAIN THIS RECEIPT IN CASE OF LOSS OR DAMAGE TO THE MAIL ITEM

Insurance Coverage: Domestic: Insurance up to $50,000 is included in the Registered Mail fee...

[reverse-side instructions for PS Form 3806]

---

Certified Mail Provides:
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

[reverse-side instructions for PS Form 3800, June 2002]

---

[upside-down receipt at right:]

Bill #: 840-5200040-2-2166840-2
Clerk: 20

YOUR OPINION COUNTS

or call 1-800-410-7420.

or scan this code with your mobile device:



840-5200-0040-002-00021-668840-02

https://postalexperience.com/Pos

Go to:

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE
HELP US SERVE YOU BETTER
Thank you for your business.
Refunds for guaranteed services only
All sales final on stamps and postage.

Click-N-Ship(R) service.
your home or office using
forms online and to ship packages from
complete International Mail customs
Please visit www.usps.com(R) to

an insurance claim go to
https://www.usps.com/help/pclaims.htm.
Insurance. For information on filing
Save this receipt as evidence of

Associate can show you how.
quick and easy check-out. Any Retail
In a hurry? Self-service kiosks offer

USPS tracking or call 1-800-222-1811.
apply. You may also visit USPS.com
Standard Message and Data rates may
(2USPS) to get the latest status.
Text your tracking number to 28777

availability of transportation.
may be affected by the limited

# Exhibit "2"

Search USPS.com

Search or Enter a Tracking Number

Top Searches

PO BOXES (http://search.usps.com/search?client=responsive_ecom&output=xml_no_dtd&proxystylesheet=responsive_ecom&sort=date:D:L:d1&wc=200&wc_mc=1&oe=UTF-8&ie=UTF-8&ud=1&exclude_apps=1&site=usps_com%7Cfaq%7Cabout%7Cpostal_explorer&ulang=en&access=p&entqr=3&entqrm=0&filter=0&q=PO%20Boxes)

PASSPORTS (http://search.usps.com/search?client=responsive_ecom&output=xml_no_dtd&proxystylesheet=responsive_ecom&sort=date:D:L:d1&wc=200&wc_mc=1&oe=UTF-8&ie=UTF-8&ud=1&exclude_apps=1&site=usps_com%7Cfaq%7Cabout%7Cpostal_explorer&ulang=en&access=p&entqr=3&entqrm=0&filter=0&q=Passports)

FREE BOXES (http://search.usps.com/search?client=responsive_ecom&output=xml_no_dtd&proxystylesheet=responsive_ecom&sort=date:D:L:d1&wc=200&wc_mc=1&oe=UTF-8&ie=UTF-8&ud=1&exclude_apps=1&site=usps_com%7Cfaq%7Cabout%7Cpostal_explorer&ulang=en&access=p&entqr=3&entqrm=0&filter=0&q=Free%20Boxes)

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70040550000091244982          Remove ✕

Your item was delivered to an individual at the address at 12:33 pm on February 26, 2018 in HONOLULU, HI 96813.

## ✓ Delivered

February 26, 2018 at 12:33 pm
Delivered, Left with Individual
HONOLULU, HI 96813

Get Updates ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                  ⌄

---

**Product Information**                                               ⌄

---

See Less ⌃

# Exhibit "3"



9590 9403 0916 5223 6147 12

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Pangia Law Group
1717 N St NW
Washington, DC 20036

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Air Asia X Berhard
   The Corporaton Company
   1136 Union Mall Ste 301
   Honolulu, Hawaii 96813

   9590 9403 0916 5223 6147 12

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): Nina Bourke
C. Date of Delivery: 2/26/18

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt