UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY ERWIN-SIMPSON,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **AIRASIA BERHAD,** *et al.*, <br><br> Defendants. | Case No. 18-cv-00083 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [12] Defendants' Motion to Dismiss is GRANTED. The case shall be dismissed in its entirety.

This is a final appealable Order.

**SO ORDERED**.

                                                                                                          _____
                                                                                                          CHRISTOPHER R. COOPER
                                                                                                          United States District Judge

Date:   March 22, 2019